# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| RONALD E. SCHERER, SR., | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J.P. MORGAN CHASE BANK, N.A., | ) |
| J.P. MORGAN CHASE & CO., | ) |
| STEVEN TIGGES, STUART G. | ) |
| PARCELL, ZEIGER, TIGGES & | ) |
| LITTLE, LLP, THE IRS, U.S. | ) |
| DEPT. OF TREASURY, U.S. DEPT. OF | ) |
| JUSTICE, ALAN M. SHAPIRO, | ) |
| ALGENON L. MARBLEY, SUMMIT | ) |
| COMMUNITY BANK, SUDEEP BOSE, | ) |
| LISSETTE GONZALEZ, LEON | ) |
| COSGROVE, LLP, LEON DEREK, | ) |
| JEFFREY PARTLOW, THE | ) |
| VANGUARD GROUP, PETER | ) |
| SKLAREW, DAVID A. HUBBERT, | ) |
| DAVID A. KATINSKY | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

The United States of America, on behalf of the named defendants Internal Revenue Service and the Department of Justice,[1] removes this action to the United

---

[1] The plaintiff improperly named the Internal Revenue Service and Department of Justice as defendants in this matter. Neither the IRS nor the Department of Justice is a suable entity. "Congress has not constituted the Treasury Department or any of its divisions or bureaus as a body corporate and has not authorized either or any of them to be sued eo nomine." *Castleberry v. Alcohol, Tobacco & Firearms Div. of*

States District Court for the Middle District of Florida, Orlando Division, under 28 U.S.C. §§ 1442(a)(1) and (a)(3). Because this is an action against the United States, removal is proper. The grounds for removal, based on the allegations of the Complaint, are as follows:

1. The plaintiff, Ronald E. Scherer, Sr., is a resident of Volusia County, Florida.  Ex. 1 at ¶ 7.

2. On November 2, 2023, Scherer filed a complaint (the "Complaint") in the Circuit Court in and for Volusia County, Florida against the Internal Revenue Service, among other defendants, alleging fraud and racketeering.  *Id.* at ¶¶ 11, 90–93, 100–105.

3. A summons was issued on December 1, 2023, but has not been properly served on the United States at this time.  Ex. 2.

4. The Complaint also names the United States Department of Justice as a defendant.  Ex. 1 at ¶ 12.

5. Scherer also sued several federal officers and a sitting federal judge. *Id*. at ¶¶ 13, 14, 22–24, 50–53.

6. Thus, because the Complaint names the United States, agencies thereof, and officers of the United States acting in their official capacity for acts

---

*Treasury Dep't of U.S.*, 530 F.2d 672, 673 n.3 (5th Cir. 1976); *see also Dillard v. U.S. Dep't of Justice, et al*, 2013 WL 754781 at *3 (same but for FBI and Department of Justice) (citing *Blackmar v. Guerre*, 342 U.S. 512, 515-16 (1952)).

relating to the authority of their offices, removal is proper under 28 U.S.C. §§ 1442(a)(1) and (a)(3).

7. Pursuant to 28 U.S.C. § 1446(d), notice of this removal will be provided to all adverse parties, and a copy of this notice of removal will be filed with the Circuit Court in and for Volusia County Florida.

8. The filing of this Notice of Removal is timely, pursuant to 28 U.S.C. § 1446(b), because it is filed within 30 days after the receipt of the summons.

9. Pursuant to Local Rule 5(b)(1) a legible copy of each paper docketed in the state court will be filed with this Court concurrent with this notice.

Dated: December 12, 2023

| Of Counsel: | Respectfully submitted, |
|---|---|
| | ANGELO A. FRATTARELLI<br>Chief, Civil Trial Section - Southern |
| | */s/ Chase A. Burrell*<br>CHASE A. BURRELL<br>Trial Attorney<br>Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Washington, D.C. 20044<br>202-307-0513 (t)<br>202-514-4963 (f)<br>Chase.Burrell@usdoj.gov |
| | *Of Counsel*<br>Roger B. Handberg<br>United States Attorney for the Middle District of Florida |

## CERTIFICATE OF COMPLIANCE

I certify that this Complaint was typed in 14-point Times New Roman font in compliance with Local Rule 1.08(b).

*/s Chase A. Burrell*
Chase A. Burrell
Trial Attorney, Tax Division
U.S. Department of Justice
